IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODERICK PERKINS,                           No C-10-0156-VRW (PR)

        Plaintiff,

    v                                       ORDER OF DISMISSAL

SAN FRANCISCO POLICE OFFICERS
OLSON, LUCAS AND KENNEY,

        Defendant(s).
_____/

        Plaintiff has filed a pro se complaint under 42 USC § 1983 against three San Francisco Police Officers claiming they used excessive force against him during his arrest. Doc #1. After reviewing the complaint, on July 28, 2010, the court ordered the United States Marshal to serve defendants. Doc #5. On August 3, 2010, the order of service sent to plaintiff by the clerk was returned as undeliverable. Doc #6.

        More than two months have elapsed since the mail sent to plaintiff was returned as undeliverable and plaintiff has failed to provide the court with a current mailing address. Because more than sixty days have passed since the court's mail to plaintiff was

returned, the case is DISMISSED without prejudice pursuant to Civil Local Rule 3-11(b).

The Clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.10\Perkins-10-156-order of dismissal-clr-3-11-b.wpd